UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL M. SATO,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>ORANGE COUNTY DEPARTMENT OF EDUCATION,<br><br>　　　　　　Defendant. | Case No. SACV 15-00311 JLS (JCGx)<br><br>**JUDGMENT** |

　　　Based on the Court's July 6, 2015 Order Granting in Part and Denying in Part Defendant's Motion to Dismiss Complaint (Doc. 29), and the Court's August 25, 2015 Order Granting Plaintiff's Motion for Voluntary Dismissal with Prejudice

of Plaintiff's Breach of Contract Cause of Action (Doc. 34), this action has now been adjudicated in full as to the single Plaintiff and single Defendant in this case.

It is hereby ORDERED that Judgment be entered in favor of the Defendant, Orange County Department of Education, that the Plaintiff, Michael M. Sato, recover nothing, and that the action be dismissed on the merits.

**IT IS SO ORDERED.**

Dated: September 14, 2015        _____
                                 Honorable Josephine L. Staton
                                 United States District Judge